■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY AMERUSO, Appellant.—Judgment, Supreme Court, New York County (Thomas Galligan, J.), rendered on October 6, 1987, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Kassal, Rosenberger and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERIBERTO FIGUEROA, Appellant.—Judgment, Supreme Court, Bronx County (David Stadtmauer, J.), rendered on July 22, 1986, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Asch, Kassal, Rosenberger and Smith, JJ.